IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

---

Courtroom Deputy: LaDonne Bush          Date: December 8, 2008
Court Reporter:   Kara Spitler
Interpreter:      Susana Cahill
Interpreter:      Cathy Bahr

---

Criminal Action No. 00–cr–00526–WDM

Parties                                 Counsel

UNITED STATES OF AMERICA,               Gregory Rhodes

     Plaintiff,

vs.

1.  JESUS ANDRES SALAZAR-VILLA,         Frank Moya

     Defendant.

---

## COURTROOM MINUTES

---

Evidentiary Hearing on Motion to Dismiss

1:33 a.m.     Court in session.

Defendant present and on bond.

Interpreters sworn.

Defendant's Exhibits B through G admitted.

Government's witness, Michael Riebeau, sworn.

Direct examination by Mr. Rhodes.

Cross examination by Mr. Moya.

Defendant's witness, Aleiba Salazar, sworn.

Direct examination by Mr. Moya.

Cross examination by Mr. Rhodes.

2:24 p.m.       Defendant's witness, Celia Villa, sworn.

Direct examination by Mr. Moya.

Cross examination by Mr. Rhodes.

2:42 p.m.       Defendant's witness, Tony Melera, sworn.

Direct examination by Mr. Moya.

Cross examination by Mr. Rhodes.

3:02 p.m.       Argument by Mr. Moya.

3:16 p.m.       Argument by Mr. Rhodes.

3:20 p.m.       Court in recess.
3:43 p.m.       Court in session.

Court's ruling.

**ORDERED**:   Motion to Dismiss For Violation of Defendant's Sixth Amendment Right to
                Speedy Trial (Doc. 490) is granted.  The Indictment is dismissed against
                this defendant.

A written order of dismissal will be entered.

3:56 p.m.       Court in recess.

Hearing concluded.
Time: 02:10