IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Criminal Action No. 00-cr-00526-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JESUS ANDRES SALAZAR-VILLA,

    Defendant.

_____

**ORDER**
_____

    For the reasons stated on the record, the Defendant's Motion to Dismiss is granted

and the Indictment is dismissed.

    DATED at Denver, Colorado, on December 8, 2008.

                                    BY THE COURT:


                                    s/ Walker D. Miller
                                    United States Senior District Judge