IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 00-cr-00526-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

V.

1. JESUS ANDRES SALAZAR-VILLA,

    Defendant.

---

STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that upon the conclusion of the hearing on December 8, 2008, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado this _____ day of December, 2008.

BY THE COURT:

_____
Walker D. Miller, Senior Judge

_____       _____
Counsel for Plaintiff                        Counsel for Defendant