UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No. 00-CR-00526-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JESUS ANDRES SALAZAR-VILLA,

     Defendant.

_____

## MINUTE ORDER
_____

     The following Minute Order is entered by Judge Walker D. Miller:

     Supervised release violation hearing will be held **March 10, 2010, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated:  January 20, 2010

                s/Jane Trexler, Judicial Assistant