IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Criminal Action No. 00-cr-00526-WDM-01

UNITED STATES OF AMERICA,
    Plaintiff,
v.

JESUS ANDRES SALAZAR-VILLA,
    Defendant.

---

ORDER EXONERATING BOND

---

This court has granted a motion by the defendant to dismiss the charges against the defendant. As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED at Denver, Colorado, this 7th day of September, 2010.

BY THE COURT:

By: _____
UNITED STATES DISTRICT JUDGE
DISTRICT OF COLORADO